UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-13010-IT |
| | * | |
| THE CHEROKEE NATION and TODD HEMBREE, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**ORDER**

**TALWANI, D.J.**

Pending before this Court are Plaintiff GlaxoSmithKline LLC and Defendants The Cherokee Nation and Todd Hembree's fully-briefed and argued cross-motions for summary judgment. No party filed a timely affidavit seeking additional discovery pursuant to Rule 56(d) to respond to the summary judgment motions.

Accordingly, the parties have waived any request for discovery prior to the court's ruling on the pending motion. Plaintiff's post-hearing letter (document # 75) seeking leave to file a brief requesting an opportunity to conduct limited discovery is DENIED.

IT IS SO ORDERED.

Date: October 7, 2014       /s/ Indira Talwani
                            United States District Judge