UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTES

| | | |
|---|---|---|
| GLAXOSMITHKLINE LLC, | ) | |
| | ) | |
| Plaintiff/Counter Claim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-13010-IT |
| | ) | |
| THE CHEROKEE NATION and TODD | ) | |
| HEMBREE, | ) | |
| | ) | |
| Defendants/Counter Claimant | ) | |
| Cherokee Nation, on behalf of itself | ) | |
| and all others similarly situated. | ) | |

## ORDER

November /7, 2014

Talwani, D.J.

This court hereby orders that:

1.  The Motion to Stay is GRANTED; all proceedings are stayed pending the

    Status Conference.

2.  A Status Conference will be held on  12 - 2 - 14  , at  : 11  am/pm

IT IS SO ORDERED.

United States District Judge