UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLAXOSMITIHKLINE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 13-cv-13010-IT |
| | * |
| THE CHEROKEE NATION and TODD HEMBREE, | * |
| | * |
| | * |
| Defendants. | * |

## ORDER GRANTING MOTION FOR ENTRY OF PARTIAL JUDGMENT

December 22, 2014

TALWANI, D.J.

On October 15, 2014, the court denied Plaintiff GlaxoSmithKline LLC's ("GSK") Renewed Cross-Motion for Summary Judgment [#61] and granted the Cherokee Nation's Cross-Motion for Summary Judgment [#64]. *See* Mem. & Order [#79]. The court's ruling was directed to GSK's First Cause of Action, by which GSK sought a declaratory judgment that the claims asserted against GSK in the Cherokee Nation's tribal court Petition were released claims under the Avandia Settlement Agreement. *See* Compl. ¶¶ 31-33 [#1]. The court found that the Cherokee Nation was not a Party to the Settlement Agreement and that the Cherokee Nation's claims were not released by the Settlement Agreement. *See* Mem. & Order [#79]. Plaintiff has now moved for entry of partial final judgment pursuant to Federal Rule of Civil Procedure 54(b).

The Court finds that there is no just reason for delay in the entry of partial final judgment on GSK's First Cause of Action, which the Court finally adjudicated in its summary judgment ruling. In particular, the entry of partial final judgment will enable GSK to appeal the Court's summary judgment ruling without delaying proceedings on the non-dismissed Counts of the

Cherokee Nation's Counterclaim—i.e., Counts Three, Four, Five, Six, Seven, and Ten—which Counts arise from separate transactions and occurrences than GSK's declaratory judgment claims.

Accordingly,

The Clerk is hereby DIRECTED to enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) against GSK and in favor of the Cherokee Nation on GSK's First Cause of Action, *see* Compl. ¶¶ 31-33 [#1].

IT IS SO ORDERED.

Date: December 22, 2014　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge