UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GLAXOSMITIHKLINE LLC,
    Plaintiff,

v.                             Civil Action No. 13-cv-13010-IT

THE CHEROKEE NATION and
TODD HEMBREE,
    Defendants.

## PARTIAL FINAL JUDGMENT

For the reasons set forth in the Order Granting Motion for Entry of Partial Judgment (document #96) partial final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 54(b) against GSK and in favor of the Cherokee Nation on GSK's First Cause of Action, see Compl. ¶¶ 31-33 [#1].

By the Court,

Dated: December 22, 2014            /s/Gail A. Marchione
                                                    **Courtroom Deputy Clerk**