UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLAXOSMITIHKLINE LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-13010-IT |
| | * | |
| THE CHEROKEE NATION and TODD HEMBREE, | * | |
| | * | |
| | * | |
| Defendants. | * | |

FINAL JUDGMENT

May 12, 2015

TALWANI, D.J.

This court having dismissed without prejudice Count 2 of Plaintiff's Complaint (the sole remaining count after entry of partial judgment), and Defendant Cherokee Nation having voluntarily dismissed its class action allegations without prejudice and its individual counterclaims with prejudice, this action is therefore dismissed and this case is CLOSED.

/s/ Indira Talwani  
United States District Judge